UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN VALENZUELA, | ) | Case No. CV 10-6415 MRW |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The decision of the Administrative Law Judge is AFFIRMED. Judgment shall be entered in favor of Defendant.

DATE: June 1, 2011

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE